

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE INTEREST OF B. A. L. C., MINOR CHILD, | § | No. 08-19-00211-CV |
| | § | Appeal from the |
| Appellant. | | |
| | § | 388th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2014DCM5955) |
| | § | |

**O R D E R**

On September 9, 2019, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On September 18, 2019 Appellee filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record shall be filed in this Court on or before October 18, 2019.

IT IS SO ORDERED this 18th day of September, 2019.

PER CURIAM